UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                     Plaintiffs,

-against-

CITARELLA OPERATING, LLC,

                     Defendant.
------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

No.: 22-cv-2474

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Elbert Dawkins and Defendant Citarella Operating, LLC, through their respective undersigned counsel, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: New York, NY
         September  22 , 2022

| STEIN SAKS, PLLC | CLIFTON BUDD & DeMARIA, LLP |
|---|---|
| *s/Mark Rozenberg* | *Ian-Paul A. Poulos* |
| Mark Rozenberg, Esq. | Daniel W. Morris |
| *Attorneys for Plaintiff* | Ian-Paul A. Poulos |
| One University Plaza, Suite 620 | *Attorneys for Defendant* |
| Hackensack, NJ 07601 | The Empire State Building |
| (201) 282-6500 | 350 Fifth Avenue, 61st Floor |
| | New York, New York 10118 |
| | 212-687-7410 |