UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

CITARELLA OPERATING, LLC,

                Defendant.

-----------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

No.: 22-cv-2474

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Elbert Dawkins and Defendant Citarella Operating, LLC, through their respective undersigned counsel, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: New York, NY
       September 22, 2022

| | |
|---|---|
| STEIN SAKS, PLLC | CLIFTON BUDD & DeMARIA, LLP |
| *s/Mark Rozenberg* | *s/ Ian-Paul A. Poulos* |
| Mark Rozenberg, Esq. | Daniel W. Morris |
| *Attorneys for Plaintiff* | Ian-Paul A. Poulos |
| One University Plaza, Suite 620 | *Attorneys for Defendant* |
| Hackensack, NJ 07601 | The Empire State Building |
| (201) 282-6500 | 350 Fifth Avenue, 61st Floor |
| | New York, New York 10118 |
| | 212-687-7410 |

SO ORDERED:
s/ MKB 10/06/2022

_____

MARGO K. BRODIE
United States District Judge